# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION



| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:20-CR-85** |
| | : | |
| **Plaintiff,** | : | **JUDGE BLACK** |
| | : | |
| | : | **S U P E R S E D I N G** |
| **v.** | : | **I N D I C T M E N T** |
| | : | |
| | : | |
| | : | **18 U.S.C. § 2** |
| **MASON MEYER (1),** | : | **18 U.S.C. § 922(g)(1)** |
| **KIRSTEN JOHNSON(2),** | : | **18 U.S.C. §§ 924(a)(2) and (c)(1)** |
| **RYAN HASKAMP (3),** | : | **21 U.S.C. § 841(a)(1)** |
| **WILLIAM KEITH JENKINS (4),** | : | **21 U.S.C. § 841(b)(1)(B)** |
| **MICHAEL ALDEN MOBLEY (5),** | : | **21 U.S.C. § 846** |
| **MICAHEL TYLER BOEH (6),** | : | **21 U.S.C. § 856** |
| **VICTORIA STAUFFER (7),** | : | |
| **QUINCY PEMBERTON (8),** | : | |
| **DAMON GENE WADE (9),** | : | **NOTICE OF FORFEITURE** |
| **KELLY MARIE SMART (10),** | : | |
| **KEVIN PATRICK THIERY (11),** | : | |
| **CRYSTAL RANDALL (12),** | : | |
| **RORY HARTMANN (13),** | : | |
| **JULIE RENAE WETZEL (14),** | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**THE GRAND JURY CHARGES THAT**:

## COUNT ONE

### (Narcotics Conspiracy)

Beginning on or about or about July 1, 2020, the exact date being unknown and continuing

up to and including December 3, 2020, within the Southern District of Ohio, and elsewhere, the

defendants, **MASON MEYER, KIRSTEN JOHNSON, RYAN HASKAMP, WILLIAM**

**KEITH JENKINS, MICHAEL ALDEN MOBLEY, MICHAEL TYLER BOEH,**

**VICTORIA STAUFFER, QUINCY PEMBERTON, DAMON GENE WADE, KELLY**

**MARIE SMART, KEVIN PATRICK THIERY, CRYSTAL RANDALL, RORY**

**HARTMANN,** and **JULIE RENAE WETZEL,** did knowingly and intentionally combine,

conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute controlled substances, including 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 10 grams or more of a mixture or substance containing a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A); as well as 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B); and a mixture and substance containing a detectable amount of 3, 4-Methylenedioxmethamphetamine (MDMA), a Schedule I controlled substance, and a mixture and substance containing and detectable amount of Dimethyltryptamine (DMT), a Schedule I controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and ketamine, a Schedule III controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C).

**All in violation of 21 U.S.C. § 846.**

## COUNT TWO
### (Possession with the Intent to Distribute a Controlled Substance)

On or about August 7, 2020, within the Southern District of Ohio, and elsewhere, the defendants, **MASON MEYER** and **KIRSTEN JOHNSON**, did knowingly and intentionally possess with the intent distribute 50 or more grams of a mixture and substance containing a detectable amount methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).**

## COUNT THREE
### (Possession of a Firearm in Furtherance of Offense)

On or about August 7, 2020, in the Southern District of Ohio and elsewhere, the defendants, **MASON MEYER** and **KIRSTEN JOHNSON**, did knowingly possess firearms, those being: a

Springfield Armory, model 1911-A1, .45 caliber handgun, bearing serial number NM342515 loaded with ammunition, a Ruger, model LC9S, 9mm handgun, bearing serial number 329-74778 loaded with ammunition, and a Mag Tactical Systems LLC, model MG-G4, multi-caliber rifle, bearing serial number MTS304445 accompanied by a loaded magazine, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the offenses charged in Count One of this Indictment and incorporated herein, possession with intent to distribute a controlled substance, in violation of Title 18, United States Code, Section 841(a)(1).

**In violation of 18 U.S.C. § 924(c)(1).**

## COUNT FOUR
### (Possession by a Prohibited Person)

On or about August 7, 2020, in the Southern District of Ohio and elsewhere, the defendant, **MASON MEYER**, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, those being: a Springfield Armory, model 1911-A1, .45 caliber handgun, bearing serial number NM342515 loaded with ammunition, a Ruger, model LC9S, 9mm handgun, bearing serial number 329-74778 loaded with ammunition, and a Mag Tactical Systems LLC, model MG-G4, multi-caliber rifle, bearing serial number MTS304445 accompanied by a loaded magazine and the firearms and ammunition were in and affecting interstate commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## COUNT FIVE
### (Distribution of a Controlled Substance)

On or about November 5, 2020, in the Southern District of Ohio, the defendant, **QUINCY PEMBERTON**, did knowingly and intentionally distribute 1 gram or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).**

## COUNT SIX
### (Maintaining a Drug Involved Premise)

On or about November 24, 2020, through November 28, 2020, the exact dates being unknown, within the Southern District of Ohio, the defendants **RYAN HASKAMP** and **CRYSTAL RANDALL**, aided and abetted by each other, did unlawfully and knowingly rent, use, and maintain a place located at 1234 Louden Street, Apartment A, Cincinnati, Ohio 45202, for the purpose of distributing a controlled substance.

**In violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2.**

## COUNT SEVEN
### (Possession with the Intent to Distribute a Controlled Substance)

On or about November 20, 2020, within the Southern District of Ohio, and elsewhere, the defendants, **RYAN HASKAMP** and **MICHAEL MOBLEY**, aided and abetted by each other, did knowingly and intentionally possess with the intent distribute 50 or more grams of a mixture and substance containing a detectable amount methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2.**

## COUNT EIGHT
### (Possession with the Intent to Distribute a Controlled Substance)

On or about December 3, 2020, within the Southern District of Ohio, and elsewhere, the defendants, **RYAN HASKAMP** and **WILLIAM KEITH JENKINS**, aided and abetted by each other, did knowingly and intentionally possess with the intent distribute 10 or more grams of a mixture and substance containing a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2.**

## COUNT NINE

### (Possession with the Intent to Distribute a Controlled Substance)

On or about December 3, 2020, within the Southern District of Ohio, and elsewhere, the defendants, **RYAN HASKAMP** and **WILLIAM KEITH JENKINS**, aided and abetted by each other, did knowingly and intentionally possess with the intent distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2.**

## COUNT TEN

### (Possession with the Intent to Distribute a Controlled Substance)

On or about December 3, 2020, within the Southern District of Ohio, and elsewhere, the defendants, **RYAN HASKAMP** and **WILLIAM KEITH JENKINS**, aided and abetted by each other, did knowingly and intentionally possess with the intent distribute a mixture and substance containing a detectable amount of 3, 4-Methylenedioxmethamphetamine (MDMA), a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2.**

## COUNT ELEVEN

### (Possession with the intent to Distribute a Controlled Substance)

On or about December 3, 2020, within the Southern District of Ohio, and elsewhere, the defendants, **RYAN HASKAMP** and **WILLIAM KEITH JENKINS**, aided and abetted by each other, did knowingly and intentionally possess with the intent distribute a mixture and substance containing and detectable amount of Dimethyltryptamine (DMT), a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2.**

## COUNT TWELVE

### (Possession with the Intent to Distribute a Controlled Substance)

On or about December 3, 2020, within the Southern District of Ohio, and elsewhere, the defendant, **JULIE RENAE WETZEL**, aided and abetted by others, did knowingly and intentionally possess and attempt to possess with the intent distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2.**

## FORFEITURE ALLEGATION 1

Upon conviction of any of the offenses set forth in Counts 1, 2, and 5 through 12 of this Indictment, the defendants, **MASON MEYER, KIRSTEN JOHNSON, RYAN HASKAMP, WILLIAM KEITH JENKINS, MICHAEL ALDEN MOBLEY, MICHAEL TYLER BOEH, VICTORIA STAUFFER, QUINCY PEMBERTON, DAMON GENE WADE, KELLY MARIE SMART, KEVIN PATRICK THIERY, CRYSTAL RANDALL, RORY HARTMAN**, and **JULIE RENAE WETZEL**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s), including, but not limited to:

- A loaded Ruger, model LC9S, 9mm handgun, bearing serial number 329-74778, with any attachments and ammunition;

- A loaded Springfield Armory, model 1911-A1, .45 caliber handgun, bearing serial number NM342515, with any attachments and ammunition;

- A loaded Mag Tactical Systems LLC, model MG-G4, multi-caliber rifle, bearing serial number MTS304445, with any attachments and ammunition; and

- Four Thousand Four Hundred Sixteen Dollars ($4,416.00) in United States currency.

## FORFEITURE ALLEGATION 2

Upon conviction of any of the offenses set forth in Counts 1 through 4 this Indictment, the

defendants, **MASON MEYER** and **KIRSTEN JOHNSON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offense(s), including, but not limited to the firearms and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described in Forfeiture Allegations 1 or 2, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

**A TRUE BILL.**

/s/
_____
**GRAND JURY FOREPERSON**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

*Jennifer K. Weinhold*
**JENNIFER K. WEINHOLD**
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEYS**