# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 1:20-cr-085 |
| Plaintiff, | JUDGE BLACK |
| v. | **ORDER TO MAINTAIN CUSTODY OF SEIZED PROPERTY** |
| **MASON MEYER, et al.,** | |
| **Defendants.** | |

Before the Court is the Motion of the United States pursuant to 21 U.S.C. § 853(e)(1) for an Order permitting the United States to maintain custody of property already lawfully in the Government's possession for the purpose of preserving the property pending the conclusion of this criminal case and related asset forfeiture proceedings.

For the reasons set forth in the Government's motion, it is

HEREBY ORDERED, that the United States may maintain custody of the property that was seized for forfeiture in this case pending the conclusion of this case and related forfeiture proceedings, including any ancillary proceeding in which any third party with an interest in the property may file a claim contesting its forfeiture pursuant to 21 U.S.C. § 853(n), and it is

FURTHER ORDERED that this Order satisfies the custody-preservation requirement of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

IT IS SO ORDERED.

_____
Honorable Timothy S. Black
UNITED STATES DISTRICT JUDGE