# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                               Case No. 1:20-cr-00085(16)

HALEY PENNINGTON,

    Defendant.

## ORDER CONTINUING BOND AFTER BOND VIOLATION HEARING

On September 30, 2021, the Court conducted a bond revocation hearing, pursuant to the September 16, 2021 petition of United States Pretrial Services. Having fully considered this matter, and having heard all arguments, the Court hereby CONTINUES Defendant's pretrial release as established by the undersigned on July 15, 2021 in all respects. ~~Defendant's release is also contingent on his compliance with the following additional conditions of release~~:

_____

_____

_____

_____

_____

**SO ORDERED.**

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge