# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        Case No. 1:20-cr-00085(16)

HALEY PENNINGTON,

    Defendant.         **ORDER REVOKING BOND**

On November 9, 2021, the Court conducted a bond revocation hearing in this matter, pursuant to the October 25, 2021 and October 28, 2021 petitions of United States Pretrial Services. Having fully considered this matter, and having heard all arguments, the Court finds clear and convincing evidence that the Defendant has violated the conditions of her pretrial release. Accordingly, Defendant's bond is hereby REVOKED, and she is ORDERED DETAINED pending trial in this matter before Judge Timothy S. Black. 18 U.S.C. § 3148(b)(1)(B) and (b)(2)(B).

**SO ORDERED**.

                                                 Stephanie K. Bowman
                                                 United States Magistrate Judge