**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case Nos. 1:20-cr-85<br>Litkovitz, M.J. |
| -vs- | |
| MASON MEYER,<br>    Defendant. | |

**ORDER OF DETENTION PENDING TRIAL**

In accordance with 18 U.S.C. § 3142(f), a detention hearing was discussed. Defense counsel indicated bond was moot as the defendant is not currently eligible for release due to pending matters in another case, to wit, the defendant is being detained on a state court charge.

**DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

Date: 12/15/2021

_Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge