IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Cases to the Docket of
District Judge Matthew W. McFarland

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Matthew W. McFarland.

IT IS SO ORDERED.

June 13, 2022
DATE

Honorable Algenon L. Marbley
Chief Judge United States District Court

| Case Numbers | Defendant |
|---|---|
| 1:20-cr-00085-TSB-1 | Mason Meyer |
| 1:20-cr-00085-TSB-2 | Kirsten Johnson |
| 1:20-cr-00085-TSB-3 | Ryan Andrew Haskamp |
| 1:20-cr-00085-TSB-4 | William Jenkins |
| 1:20-cr-00085-TSB-5 | Michael Alden Mobley |
| 1:20-cr-00085-TSB-6 | Michael Tyler Boeh |
| 1:20-cr-00085-TSB-7 | Victoria Stauffer |
| 1:20-cr-00085-TSB-8 | Quincy Pemberton |
| 1:20-cr-00085-TSB-9 | Damon Gene Wade |
| 1:20-cr-00085-TSB-10 | Kelly Marie Smart |
| 1:20-cr-00085-TSB-11 | Kevin Patrick Thiery |
| 1:20-cr-00085-TSB-12 | Crystal Randall |
| 1:20-cr-00085-TSB-13 | Rory Hartmann |
| 1:20-cr-00085-TSB-14 | Julie Renae Wetzel |
| 1:20-cr-00085-TSB-15 | Ashley Long |
| 1:20-cr-00085-TSB-16 | Haley Pennington |
| 1:21-cr-00065-TSB | Kiontaye Riley |
| 1:21-cr-00108-TSB | Kiontaye Riley |
| 1:21-cr-00074-TSB-1 | Hung Ahn Huy Phung |
| 1:21-cr-00074-TSB-2 | John G Dang |
| 1:21-cr-00074-TSB-3 | Bernardo Hamann Guzman |
| 1:21-cr-00074-TSB-4 | Stephanie Rene Pray |
| 1:21-cr-00074-TSB-5 | Kevin Tran |
| 1:21-cr-00074-TSB-6 | Chazton Harris |