

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          Case No. 1:20-cr-00085(6)

MICHAEL TYLER BOEH,

    Defendant.            **ORDER REVOKING BOND**

On January 31, 2023, the Court conducted a bond violation hearing in this matter, pursuant to the September 14, 2022 petition of United States Pretrial Services. Having fully considered this matter, and having heard all arguments, the Court finds clear and convincing evidence that the Defendant has violated the conditions of his pretrial release. Accordingly, Defendant's bond is hereby REVOKED, and he is ORDERED DETAINED pending trial in this matter. 18 U.S.C. § 3148(b)(1)(B) and (b)(2)(B).

**SO ORDERED.**

_Stephanie K Bowman_
Stephanie K. Bowman
United States Magistrate Judge