UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 1:20-CR-085(8) |
| Plaintiff, | : | |
| | : | JUDGE HOPKINS |
| v. | : | |
| | : | |
| | : | **ORDER FOR DISMISSAL** |
| QUINCY PEMBERTON, | : | |
| | : | |
| Defendant. | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Count 6 of the Second Superseding Indictment pending against the defendant **QUINCY PEMBERTON**.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*Ashley N. Brucato*
ASHLEY N. BRUCATO (0090989)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047
E-mail: Ashley.Brucato@usdoj.gov

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

February 9, 2024
DATE

HONORABLE JEFFERY P. HOPKINS
UNITED STATES DISTRICT JUDGE